# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Audio Record of Hearing Held

*Hearing Information:*

| | |
|---|---|
| **Debtor:** | JOSE A. MONTES & RAQUEL AMADOR DE MONTES |
| **Case Number:** | 2:15-BK-05201-EPB  **Chapter:** 7 |
| **Date / Time / Room:** | TUESDAY, DECEMBER 08, 2015 01:30 PM  7TH FLOOR #703 |
| **Courtroom Clerk:** | ANNETTE AGUILAR |
| **Reporter / ECR:** | MARGARET KELLY |
| **Audio File Name:** | PHL01319441.MP3 |
| **Audio File Size:** | 5,656 KB |
| **Audio File Length:** | 00:12:04 |

**Help using this file:**

An audio file is embedded as an attachment in this PDF document. To listen to the file, click the Attachments tab or the Paper Clip icon. Select the Audio File and click Open.

> **This digital recording is a copy of a court proceeding and is provided as a convenience to the public. In accordance with 28 U.S.C. § 753 (b) "[n]o transcripts of the proceedings of the court shall be considered as official except those made from the records certified by the reporter or other individual designated to produce the record."**

*Matters:*

1) **ADV: 2-15-00638**
   **AUDREY MARQUEZ vs JOSE A. MONTES & RAQUEL AMADOR DE MONTES**
   CONTINUED RULE 16 SCHEDULING CONFERENCE
   **R / M #:**   1 / 0

2) **ADV: 2-15-00638**
   **AUDREY MARQUEZ vs JOSE A. MONTES & RAQUEL AMADOR DE MONTES**
   CONTINUED HEARING ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS
   **R / M #:**   9 / 0

# Audio Record of Hearing Held

Case 2:15-ap-00638-EPB    Doc 20    Filed 12/08/15    Entered 12/09/15 07:09:31    Desc
Main document    Page 2 of 2